No. D–217. IN RE DISBARMENT OF DOUGLAS. Disbarment entered. [For earlier order herein, see 449 U. S. 1107.]

No. D–218. IN RE DISBARMENT OF KAUFMAN. Disbarment entered. [For earlier order herein, see 449 U. S. 1120.]

No. D–220. IN RE DISBARMENT OF OSTROFF. Disbarment entered. [For earlier order herein, see 450 U. S. 976.]

No. D–237. IN RE DISBARMENT OF CONNAGHAN. It is ordered that John D. Connaghan, of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–238. IN RE DISBARMENT OF NATALE. It is ordered that David J. Natale, of Media, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–608. UNITED STATES POSTAL SERVICE v. COUNCIL OF GREENBURGH CIVIC ASSNS. ET AL. D. C. S. D. N. Y. [Probable jurisdiction noted, 449 U. S. 1076.] Motion of appellees for leave to file a supplemental brief after argument granted.

No. 80–689. WIDMAR ET AL. v. VINCENT ET AL. C. A. 8th Cir. [Certiorari granted, 450 U. S. 909.] Motion of Baptist Joint Committee on Public Affairs for leave to file a brief as *amicus curiae* granted.

No. 80–848. PIPER AIRCRAFT CO. v. REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL.; and
No. 80–883. HARTZELL PROPELLER, INC. v. REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL. C. A. 3d Cir. [Certiorari granted, 450 U. S. 909.] Motion of Boeing Co. et al. for leave to file a brief as *amici curiae* granted.